**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION NO. 4:12-CR-00276-SDJ |
| § | |
| ALBERTO ISRAEL CANTON (1) § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Now before the court is the request for revocation of Defendant Alberto Israel Canton ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on December 29, 2025, to determine whether Defendant violated his supervised release. Defendant was represented by Brian O'Shea. The Government was represented by Lesley Brooks.

Defendant was sentenced on August 21, 2014, before The Honorable Richard A. Schell of the Eastern District of Texas after pleading guilty to the offense of Conspiracy to Manufacture, Distribute, or Possess with Intent to Manufacture or Distribute 28 Grams or More of a Mixture that Contains Cocaine Base, a Class B felony. This offense carried a statutory maximum imprisonment term of 40 years. The guideline imprisonment range, based on a total offense level of 35 and a criminal history category of IV, was 235 to 293 months. Pursuant to 18 U.S.C. § 3553(a)(7), to avoid unwarranted sentencing disparities among defendants, a sentence below the advisory guideline range was imposed. Defendant was subsequently sentenced to 194 months subject to the standard conditions of release, plus special conditions to include financial disclosure, substance testing and treatment, mental health treatment, and a $100 special assessment. This sentence was imposed in accordance with the U.S. Sentencing Commission guideline amendment that went into effect on November 1, 2014, which amended the Drug Quantity Table in USSG

§ 2D1.1, by reducing the drug offense levels by two levels. On July 23, 2020, this case was transferred from Senior U.S. District Judge Richard A. Schell to U.S. District Judge Sean D. Jordan. On January 21, 2025, an Order of Clemency was filed, commuting the sentence. Defendant completed his period of imprisonment and began service of the supervision term on May 16, 2025.

On December 4, 2025, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision (Dkt. #199, Sealed). The Petition asserts that Defendant violated two (2) conditions of supervision, as follows: (1) <u>Mandatory Condition</u> Defendant shall refrain from any unlawful use of a controlled substance; and (2) <u>Standard Condition</u> Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. (Dkt. #199 at p. 1, Sealed).

The Petition alleges that Defendant committed the following acts: (1) & (2) On September 2 and 13, 2025, Defendant reported to NOC Clinical Counseling and Consulting in McKinney, Texas, for random drug testing. A urine sample submitted that day tested positive for marijuana. A laboratory report provided by Alere Toxicology confirmed his urine samples were positive for marijuana. On October 20, 2025, Defendant appeared at NOC Clinical Counseling and Consulting in McKinney, Texas, for random drug testing. A urine sample submitted that day tested positive for marijuana. A laboratory report provided by Alere Toxicology confirmed his urine sample was positive for marijuana. On November 3, 2025, Defendant appeared at NOC Clinical Counseling and Consulting in McKinney, Texas, for random drug testing. A urine sample submitted that day tested positive for marijuana. A laboratory report provided by Alere Toxicology confirmed his urine sample was positive for marijuana. (Dkt. #199 at p. 1, Sealed).

Prior to the Government putting on its case at the final revocation hearing, Defendant entered a plea of true to allegations 1 and 2 in the Petition. Having considered the Petition and the plea of true to allegations 1 and 2, the court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

### RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of six (6) months with a two (2) year term of supervised release to follow.

The court further recommends that all prior conditions imposed in the original judgment be reimposed.

The court finally recommends that Defendant be housed in a Bureau of Prisons facility in Seagoville, Texas, if appropriate.

**SIGNED this 14th day of January, 2026.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE